In the Matter of the Claim of Moses Mumblow, Respondent, against Andrew Mousseau and The State Insurance Fund, Appellants. State Industrial Board, Respondent.— The appellant claims that the claimant-respondent was an independent contractor and not an employee. Upon sufficient evidence the State Industrial Board has held that he was an employee. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of Louis Klein, Respondent, against Louis Shiroki, Appellant. State Industrial Board, Respondent.— Appeal by a non-insured employer from a decision and award of disability benefits made by the State Industrial Board, dated July 29, 1941. This record presents only a question of fact. Award and decision unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of Harold Baron, Respondent, against W. W. Norton & Co., Inc., and Columbia Casualty Company, Appellants. State Industrial Board, Respondent.— Appeal from a decision of the State Industrial Board holding that claimant sustained an accidental injury arising out of and in the course of his employment. No award of compensation was made because the period of disability was less than seven days. The decision is appealable because it comes within the purview of section 23 of the Workmen's Compensation Law, and because it might establish a basis for recovery of medical expenses. The decision itself, however, is erroneous as a matter of law on the undisputed facts. Claimant was a traveling salesman. When the accident happened he was eating a meal at a public restaurant. During the course of the meal a chicken bone became lodged in his throat, and medical treatment was required for his relief. At the time of the accident he was not engaged in the course of his employment. (*Matter of Johnson* v. *Smith*, 263 N. Y. 10; *Matter of Goldman* v. *John Hancock Mutual Life Insurance Co.*, 276 id. 582.) Decision reversed and claim dismissed, with costs to the appellant against the State Industrial Board. Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ., concur.

In the Matter of the Claim of Emil F. Hessinger, Respondent, against The City of New York, Appellant, and Hudson River State Hospital and State Insurance Fund, Respondents. State Industrial Board, Respondent.— Award for disability arising from tuberculosis. The evidence sustains the finding that the disease was contracted at Bellevue Hospital operated by the city of New York. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.